UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-cv-62933-BLOOM/VALLE

FRANCIS MARTINEZ,

    Plaintiff,

vs.

TBC RETAIL GROUP, INC.,
d/b/a TIRE KINGDOM
                                      /

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff, FRANCIS MARTINEZ (hereinafter referred to as "Plaintiff"), and Defendant, TBC RETAIL GROUP, INC. d/b/a TIRE KINGDOM (hereinafter referred to as "Defendant"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.

1.    Plaintiff filed the instant cause of action alleging that the property at issue owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III" of the "ADA").

2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

3.    The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and otherwise meets the purposes of Title III of the ADA. The Parties further agree that upon completion of the Modifications specified in the Consent Decree all currently readily achievable alterations to the Property will have been made and that the Property at the time of

execution of this Consent Decree is otherwise in compliance with the readily achievable requirements of the ADA, ADAAG and FACBC.

4. In accordance therewith, the parties respectfully request that the Court review, approve and ratify the Consent Decree. Additionally, the parties request the Court retain jurisdiction to enforce the Consent Decree. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the Parties respectfully request that the Court grant this Motion; enter an Order (a) approving and entering the attached Consent Decree, and (b) retaining jurisdiction to enforce the Consent Decree; and grant such additional relief as the Court deems just and proper.

Dated:  January 4, 2017.

Respectfully submitted,

| | |
|---|---|
| WEISS LAW GROUP, P.A.<br>Attorneys for Plaintiff<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Telephone: (954) 573-2800<br>Fax: (954) 573-2798 | MOSKOWITZ, MANDELL, SALIM &<br>SIMOWITZ, P.A.<br>Attorneys for Defendant<br>800 Corporate Drive, Suite 500<br>Fort Lauderdale, FL 33334<br>Telephone: (954) 491-2000<br>Fax: (954) 491-2051 |
| By:  /s/ Jason S. Weiss, Esq.<br>       Jason S. Weiss, Esq.<br>       Florida Bar No. 356890<br>       E-mail: jason@jswlawyer.com<br>       Peter S. Leiner, Esq.<br>       Florida Bar No. 104527<br>       E-mail: peter@jswlawyer.com | By:  /s/ William G. Salim, Jr., Esq.<br>       William G. Salim, Jr., Esq.<br>       Florida Bar No. 750379<br>       E-mail: wsalim@mmsslaw.com |

## **CERTIFICATE OF SERVICE**

I certify that on January 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William G. Salim, Jr.*
WILLIAM G. SALIM, JR.
Florida Bar No. 750379