UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62933-BLOOM/Valle

FRANCIS MARTINEZ,

    Plaintiff,

v.

TBC RETAIL GROUP, INC.,
d/b/a Tire Kingdom,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree, ECF No. [6] (the "Motion"), requesting that the Court approve the Consent Decree and dismiss this matter with prejudice. The Court having considered the Motion and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Consent Decree, **ECF No. [6-1]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE.** Per the parties' agreement, each side shall bear its own attorney's fees and costs except as provided by the Consent Decree. The Court shall retain jurisdiction over this matter for the limited purpose of entering any and all further Orders necessary to enforce the terms of the Consent Decree. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

Case No. 16-cv-62933-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 4th day of January, 2017.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record